1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**SOUTHERN DISTRICT OF CALIFORNIA**

10

DOMINQUE ABDULLAH,                    ) Case No. 18cv1634 DMS (MSB)
                                      )
11                 Plaintiff,         ) **ORDER GRANTING IN PART**
                                      ) **AND DENYING IN PART**
12        v.                          ) **DEFENDANT'S** *EX PARTE*
                                      ) **MOTION TO VACATE PRE-**
13  CITY OF SAN DIEGO, SAN DIEGO      ) **TRIAL CONFERENCE AND**
    POLICE DEPARTMENT, BLAKE          ) **RELATED PRE-TRIAL DATES**
14  WILLIAMS, and DOES 1 through 10,  ) **UNTIL AFTER COURT RULES**
    inclusive,                        ) **ON DEFENDANTS' MOTION FOR**
15                                    ) **SUMMARY JUDGMENT**
                   Defendants.        )
16                                    )

17

18         Pending before the Court is Defendant Blake Williams' *ex parte* motion to

19  continue the trial date, the pretrial conference and related dates pending resolution of

20  his motion for summary judgment.  According to Defendant, Plaintiff does not agree

21  to the motion, but he did not file an opposition.  In light of Chief Judge Order No.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

62, which continues civil jury trials until on or after June 1, 2021, the Court grants the motion to vacate the trial date.  However, Defendant's request to vacate all other dates and deadlines is denied.

**IT IS SO ORDERED.**

Dated:  March 4, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court

2