1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

DOMINQUE ABDULLAH,

Case No.:  18cv1634 DMS (MSB)

12

Plaintiff,

13

v.

14

CITY OF SAN DIEGO, SAN DIEGO
POLICE DEPARTMENT, BLAKE
WILLIAMS, and DOES 1 through 10,
inclusive,

15
16
17

Defendants.

**ORDER DENYING EX PARTE
APPLICATION FOR AN ORDER
SHORTENING TIME TO HEAR TO
THE MOTION FOR PARTIAL
RECONSIDERATION OR IN THE
ALTERNATIVE, MOTION TO
CERTIFY ISSUE FOR APPEAL**

18
19

On March 15, 2021, Defendant filed a motion for partial reconsideration or in the

20

alternative, motion to certify issue for appeal.  In that motion, Defendant asks the Court to

21

reconsider its ruling on equitable tolling, or to certify that issue for interlocutory appeal.

22

Along with that motion, Defendant filed an ex parte application to shorten the time for

23

briefing on the motion for reconsideration, and to advance the hearing date from April 30,

24

2021, to March 26, 2021.  Defendant requests the Court shorten time so that he can take an

25

appeal of the equitable tolling issue along with his anticipated appeal of the Court's denial

26

of his request for qualified immunity, which is apparently due by April 2, 2021.  Plaintiff

27

opposes the ex parte application.

28

1

18cv1634 DMS (MSB)

1    After reviewing the parties' briefs on the ex parte, the Court finds Defendant has not

2    shown good cause to shorten time.  Defendant requested that Plaintiff file his opposition to

3    the motion for reconsideration by tomorrow, March 19, 2021, which is only four days after

4    Defendant filed his motion.  That is not a reasonable proposal.  Furthermore, other than

5    being convenient for Defendant's appeal, Defendant has not shown why the motion for

6    reconsideration needs to be heard on shortened time.  It is unlikely the Court of Appeal

7    will have issued a decision on qualified immunity before the Court is able to rule on

8    Defendant's motion for reconsideration, and once that ruling is issued, and if it is adverse

9    to Defendant, any appeal of that ruling can be consolidated with the pending appeal in that

10   court.  For these reasons, Defendant's ex parte application to shorten time is denied.

11      **IT IS SO ORDERED**.

12   Dated:  March 18, 2021

13   

14                                                      Hon. Dana M. Sabraw, Chief Judge
                                                        United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28

18cv1634 DMS (MSB)