

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dominque Abdullah<br><br>Plaintiff,<br><br>V.<br><br>CITY OF SAN DIEGO, SAN DIEGO POLICE DEPARTMENT, BLAKE WILLIAMS, and DOES 1 through 10, inclusive<br><br>Defendant. | Civil Action No. 18-cv-01634-DMS-MSB<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court therefore grants Defendant's motion for reconsideration and grants Defendant's motion for summary judgment. The Clerk of Court shall enter judgment accordingly, and close this case.

Date: 6/24/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ M. Exler

M. Exler, Deputy